REHAB RESOURCES FOR PHYSICAL THERAPY, P.C., Respondent, v TENDER TOUCH REHAB SERVICES, LLC, et al., Appellants, et al., Defendants. [51 NYS3d 474]—Appeal from an order of the Supreme Court, Onondaga County (Walter W. Hafner, Jr., A.J.), entered November 23, 2015. The order denied the motion of defendants-appellants to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52028[U] [Sup Ct, Onondaga County 2015]). Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Scudder, JJ.